[No. 7010–0–I.   Division One.   May 19, 1980.]

JAMES WILDY, ET AL, *Respondents,* v. D. SUMMERS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 847234, Frank J. Eberharter, J., entered September 29, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Ringold and Durham–Divelbiss, JJ.

[No. 7035–5–I.   Division One.   May 19, 1980.]

PETER P. BEMENT, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 797389, Robert M. Elston, J., entered October 25, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Anderson and Ringold, JJ.

[No. 7167–0–I.   Division One.   May 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. TOM BLY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8473, Jack S. Kurtz, J., entered November 27, 1978. *Affirmed* by unpublished per curiam opinion.